UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEALINK SHIPPING COMPANY LIMITED,<br>**Plaintiff**<br><br>-v-<br><br>GLORIOUS STATE FAREAST LIMITED,<br>a/k/a GSL HK,<br><br>**Defendant** | Case No.<br><br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>SEALINK SHIPPING COMPANY LIMITED</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE.

**Date:** Jan. 16, 2008

**Signature of Attorney**
Patrick C. Crilley
**Attorney Bar Code:** PC 9057

233 Broadway - Suite 2202
New York, NY 10279
(212) 619-1919

Form Rule7_1.pdf